**2024-1560**

# United States Court of Appeals for the Federal Circuit

INLAND DIAMOND PRODUCTS CO.,

*Plaintiff-Appellee*

*v.*

CHERRY OPTICAL INC.,

*Defendant-Appellant*

*On Appeal from the United States District Court for the Eastern District of Wisconsin; Case No. 1:20-cv-00352-WCG*
*Hon. William C. Griesbach*

## NOTICE OF CORRECTION

| | |
|---|---|
| MARK JOTANOVIC | JOHN S. ARTZ |
| DICKINSON WRIGHT PLLC | DICKINSON WRIGHT PLLC |
| 2600 W. Big Beaver Rd., Suite 300 | 350 South Main Street, Suite 300 |
| Troy, MI 48084 | Ann Arbor, MI 48104 |
| (248) 631-2050 | (248) 433-7262 |
| MJotanovic@dickinson-wright.com | jsartz@dickinson-wright.com |

*Counsel for Plaintiff-Appellee*

Pursuant to Fed. Cir. R. 25(i), Appellee provides its Notice of Correction regarding its Entry of Appearance. On March 26, 2024, Appellee's Entry of Appearance was inadvertently filed with the e-filing credentials of Steven A. Caloiaro, an attorney at the firm not involved in this appeal (ECF No. 7). Immediately following, the Entry of Appearance was re-filed under the correct e-filing credentials for the signatory (ECF No. 8). No changes to the Entry of Appearance have been made.

DATE: March 26, 2024                    DICKINSON WRIGHT PLLC

/s/ *Mark Jotanovic*
MARK JOTANOVIC
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084
(248) 631-2050
MJotanovic@dickinson-wright.com

JOHN S. ARTZ
350 South Main Street, Suite 300
Ann Arbor, MI 48104
Tel: (248) 433-7262
Tel: (734) 623-1925
jsartz@dickinson-wright.com